THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT F. COYLE, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

STEWART W. CHAFFEE, Respondent, v. CHESTER E. RAHR, Appellant, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

MARIA SANDMANN, Respondent, v. MANOR FREEHOLDS, INC., Appellant, and STALEY ELEVATOR CO., INC., and SUPERIOR FIRE PROOF DOOR & SASH COMPANY, INC., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

NATIONAL MORTGAGE CORPORATION and Others, Respondents, v. JAMES R. DEERING, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of Acquiring Title by the CITY OF NEW YORK to Certain Real Property Extending Northerly from Eastern Boulevard and Ferris Avenue to the Westerly Pier and Bulkhead Line of the Hutchinson River Near Allerton Avenue for the Hutchinson River Parkway Extension, etc., Which Real Property Is Duly Selected as a Site for Park and Parkway Purposes and Approved According to Law. GEORGE BARNECOTT, Appellant; ALEX KATZ, KATE KATZ and CITY OF NEW YORK, Respondents.— Final decree, so far as appealed from, unanimously affirmed, with costs to the respondents Alex Katz and Kate Katz. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

FARUB FOUNDATION CORPORATION, Appellant, v. 530 PARK AVENUE, INC., Respondent.— Judgment and order unanimously reversed, with costs, and motion for summary judgment, dismissing the first and third causes of action in the amended complaint, denied on the ground that triable issues are presented. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of NATIONAL SURETY COMPANY, in Liquidation. Claim of DEPARTMENT OF BANKING, STATE OF NEBRASKA, as Receiver and Liquidating Agent of FARMERS STATE BANK, CALLAWAY, NEBRASKA. (Claim No. C. B. 8750.) DEPARTMENT OF BANKING, STATE OF NEBRASKA, as Receiver and Liquidating Agent of FARMERS STATE BANK, CALLAWAY, NEBRASKA, Claimant, Appellant; LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator of the NATIONAL SURETY COMPANY, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

BENNO KLEEBLATT, Appellant, v. CADILLAC SILK COMPANY, INC., Respondent.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.